In the Matter of LIANG-HOUH SHIEH, a Disbarred Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted January 30, 2017; decided March 28, 2017

Motion to vacate this Court's December 8, 2016 dismissal order denied [*see* 28 NY3d 1122 (2016)]. Motion for poor person relief dismissed as academic.

NELLA MANKO, Appellant, v DAVID A. GABAY et al., Respondents.

Decided March 28, 2017

Appeal, insofar as taken from that part of the October 2016 order dismissing plaintiff's appeal from the judgment, dismissed by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed upon the ground that the remaining portions of the orders appealed from do not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted November 28, 2016; decided March 28, 2017

Motion for reconsideration of this Court's June 30, 2011, November 21, 2011, and March 29, 2012 dismissal orders, and for reargument of motion for leave to appeal, dismissed as untimely (*see* 22 NYCRR 500.24 [b]) [*see* 18 NY3d 952 (2012); 17 NY3d 933 (2011); 17 NY3d 788 (2011)].

Judge ABDUS-SALAAM taking no part.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted January 17 2017; decided March 28, 2017

Motion for reconsideration of this Court's December 20, 2011 dismissal order dismissed as untimely (*see* 22 NYCRR 500.24 [b]) [*see* 18 NY3d 855 (2011)]. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted January 17, 2017; decided March 28, 2017

Motion for reconsideration of this Court's November 21, 2016 dismissal order denied [*see* 28 NY3d 1082 (2016)].

Judge ABDUS-SALAAM taking no part.

REINA NUNEZ, Respondent, v GEORGE BARDWIL, Appellant, et al., Defendant.

Submitted February 6, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

MATTHEW J. RYAN, Appellant, et al., Plaintiff, v POWERS & SANTOLA, LLP, et al., Respondents.

Submitted January 23, 2017; decided March 28, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1068 (2016)]. Motion for poor person relief dismissed as academic.

JENNIFER SANDERS, Respondent, v MITCHELL SANDERS, Appellant.

Submitted January 9, 2017; decided March 28, 2017